ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>TAYLOR S. POWELL,<br><br>          Defendant. | 2:25-po-00176-AC<br><br>[~~Proposed~~] ORDER TO DISMISS AND VACATE BENCH TRIAL; CERTIFICATE OF SERVICE<br><br>DATE:  December 1, 2025<br>TIME:  9:00 a.m.<br>JUDGE: Honorable Allison Claire |

    It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation number in Case Number 2:25-po-00176-AC is GRANTED.

    It is further ordered that the bench trial scheduled on December 1, 2025, is vacated.

    IT IS SO ORDERED.

Dated: November 24, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS
AND VACATE BENCH TRIAL                1                U.S. v. TAYLOR S. POWELL